UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

                -against-

MADISON SQUARE GARDEN, L.P., et al.,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 12/10/07

07 Civ. 9704 (RJH)

**ORDER**

This action was settled and a consent decree entered on November 5, 2007. It is hereby ORDERED that the action be transferred to the suspense docket so that this Court may retain jurisdiction in order to resolve any disputes that arise relating to the consent decree.

SO ORDERED.

Dated: New York, New York
       December 6, 2007

_____
Richard J. Holwell
United States District Judge